AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America )<br>v. )<br>James Turner ) | Case No: 94-60035-04<br>USM No: 04780-010 |
| Date of Previous Judgment: 04/10/1995 )<br>(Use Date of Last Amended Judgment if Applicable) ) | Jack Schisler<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 2 7 2008
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

Except as provided above, all provisions of the judgment dated   04/10/1995   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   03/27/2008                    /s/Jimm Larry Hendren
                                              Judge's signature

Effective Date: _____              Jimm Larry Hendren, Chief U.S. District Judge
(if different from order date)                Printed name and title